EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 8 2004

at _3_ o'clock and _____min __ P_ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>            Plaintiff, )<br><br>      vs. )<br><br>ANTHONY JEN-HUN MAK, )<br><br><br>            Defendant. ) | MAG. NO. 04-312 KSC<br><br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL WITHOUT PREJUDICE

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Complaint against ANTHONY JEN-HUN MAK on the ground that the

investigation is still in progress and not complete.

The defendant is in custody on the above-referenced complaint and will be released forthwith.

DATED:  Honolulu, Hawaii, _April 8, 2004_.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
TRACY A. HINO
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal without prejudice

BARRY M. KURREN

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE


UNITED STATES V. ANTHONY JEN-HUN MAK
Mag. No. 04-312 KSC
Order for Dismissal Without Prejudice

2